Stephen H.M. Bloch (#7813)
Laura Peterson (#16135)
Hanna Larsen (#18458)
SOUTHERN UTAH WILDERNESS ALLIANCE
425 East 100 South
Salt Lake City, Utah 84111
Telephone: (801) 486-3161
Facsimile: (801) 486-4233
steve@suwa.org
laura@suwa.org
hanna@suwa.org

*Attorneys for Defendant-Intervenor*
*Southern Utah Wilderness Alliance*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **STATE OF UTAH**, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>**DEB HAALAND**, *et al.*,<br><br>    Defendants,<br><br>and<br><br>**SOUTHERN UTAH WILDERNESS ALLIANCE**,<br><br>    Defendant-Intervenor. | Case No. 2:24-cv-00172-TS-DAO<br><br>**NOTICE OF DEFENDANT-INTERVENOR'S MOTION TO TRANSFER CASE AND MEMORANDUM IN SUPPORT**<br><br>District Judge Ted Stewart<br>Magistrate Judge Daphne A. Oberg |

Pursuant to Fed. R. Civ. P. 42(a)(3) and DUCivR 83-2(g), Defendant-Intervenor Southern Utah Wilderness Alliance ("SUWA"), respectfully provides this Court notice that SUWA filed a Motion to Transfer Case and Memorandum in Support with Judge Kimball. SUWA filed the

Motion because Plaintiffs' complaint in the instant case is related to prior travel management plan cases overseen by Judge Kimball. *See* DUCivR 83-2(g); *S. Utah Wilderness All. v. Dep't of the Interior*, 2:12-cv-257-DAK; *S. Utah Wilderness All. v. Bureau of Land Mgmt.*, 2:21-cv-0091-DAK. Plaintiffs oppose this Motion. Federal Defendants do not oppose this Motion.

Respectfully Submitted April 30th, 2024.

/s/ *Hanna Larsen*
Hanna Larsen
Stephen Bloch
Laura Peterson

*Attorneys for Defendant-Intervenor*
*Southern Utah Wilderness Alliance*