Stephen H.M. Bloch (#7813)
Laura Peterson (#16135)
Hanna Larsen (#18458)
SOUTHERN UTAH WILDERNESS ALLIANCE
425 East 100 South
Salt Lake City, Utah 84111
Telephone: (801) 486-3161
Facsimile: (801) 486-4233
steve@suwa.org
laura@suwa.org
hanna@suwa.org

*Attorneys for Defendant-Intervenor*
*Southern Utah Wilderness Alliance*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| **STATE OF UTAH**, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>**DEB HAALAND**, *et al.*,<br><br>    Defendants,<br><br>and<br><br>**SOUTHERN UTAH WILDERNESS ALLIANCE**,<br><br>    Defendant-Intervenor. | Case No. 2:24-cv-00172-TS-DAO<br><br>**NOTICE OF DEFENDANT-INTERVENOR'S REPLY IN SUPPORT OF ITS MOTION TO TRANSFER A RELATED CASE**<br><br>District Judge Ted Stewart<br>Magistrate Judge Daphne A. Oberg |

Defendant-Intervenor Southern Utah Wilderness Alliance ("SUWA") respectfully provides this Court notice that SUWA filed a Reply in support of its Motion to Transfer a

Related Case with Judge Kimball in *S. Utah Wilderness All. v. Bureau of Land Mgmt.*, 2:21-cv-0091-DAK.

Respectfully Submitted May 28th, 2024.

                                           */s/ Hanna Larsen*
                                           Hanna Larsen
                                           Stephen Bloch
                                           Laura Peterson

                                           *Attorneys for Defendant-Intervenor*
                                           *Southern Utah Wilderness Alliance*