TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

ERIK VAN DE STOUWE
Trial Attorney, Colorado Bar No. 57192
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044-7611
202-305-0247
Erik.Van.de.Stouwe@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **STATE OF UTAH, ET AL.,**<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>**DEB HAALAND,**<br>in her official capacity as Secretary of the United States Department of the Interior,<br><br>**THE UNITED STATES DEPARTMENT OF THE INTERIOR,**<br><br>**TRACY STONE-MANNING,**<br>in her official capacity as Director of the Bureau of Land Management,<br><br>**BUREAU OF LAND MANAGEMENT**,<br><br>　　　　Defendants. | No.:  2:24-cv-00172-TS-DAO<br><br>**NOTICE OF NONELECTRONIC FILING**<br><br><br>District Judge Ted Stewart<br><br>Magistrate Judge Daphne A. Oberg |

1

Plaintiffs, the State of Utah, the Utah School and Institutional Trust Land Administration, and Emery County, challenge a decision made by the United States Bureau of Land Management ("BLM"), a federal administrative agency. Because the Court will review BLM's decision on the administrative record and under the Administrative Procedure Act's arbitrary and capricious standard of review, the case is governed by DUCivR 7-4. Pursuant to DUCivR 7-4(c) and the Court's May 30, 3024, Scheduling Order, ECF No. 28, Defendants have lodged a copy of the Administrative Record with the Court by mailing two identical flash drives to the Court on Monday, August 19, 2024. Defendants have served an identical file to Plaintiffs and Intervenors through the Justice Enterprise File Sharing service.

Two exhibits are attached to this Notice. First is a Certification of Production by Kyle Beagley, the authorized officer that signed the San Rafael Desert Travel Management Plan Reconsideration Decision Record on October 28, 2022. Second is a copy of the Index for the Administrative Record.

DATED this 21st day of August, 2024.

Respectfully submitted,

TODD KIM
Assistant Attorney General

*/s/Erik Van de Stouwe*
Erik Van de Stouwe
Environment and Natural Resources
Division, Natural Resources Section
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044-7611
Phone: (202) 305-0247
Erik.Van.de.Stouwe@usdoj.gov

Attorney of Record for Defendant