## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| STATE OF UTAH, et al., ) | Case No. 2:24-cv-00172-TS-DAO |
| Plaintiffs, ) | |
| v. ) | |
| DEB HAALAND, et al., ) | |
| Defendants. ) | Judge Ted Stewart |
| ) | Magistrate Judge Daphne A. Oberg |

### CERTIFICATION OF PRODUCTION

I, Kyle Beagley, state the following:

1. I am employed by the U.S. Department of the Interior, Bureau of Land Management (BLM), Price Field Office in Price, Utah, as the Acting Field Manager. I have held my current position since January 29, 2024, and previously served as Acting Field Manager throughout 2022. Before I became Acting Field Manager, I served as an Assistant Field Manager in the Price Field Office. I have worked for the BLM for over 7 years in a variety of resource and managerial/leadership positions.

2. I am responsible for the management of approximately 2.4 million acres of public lands in the Price Field Office. I was the authorized officer that signed the San Rafael Desert Travel Management Plan (TMP) Reconsideration Decision Record on October 28, 2022.

3. I supervised the compilation of the administrative record for the decision challenged in the above-captioned matter. Based on my knowledge and information, I hereby certify that the administrative record produced in this case associated with the TMP is true, correct, and complete.

4. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed in Price, Utah, this 24th day of July 2024.

_____

Kyle Beagley, Acting Field Manager
BLM Price Field Office