KATHY A.F. DAVIS (4022)
ROGER R. FAIRBANKS (3792)
KAITLIN DAVIS (15831)
Assistant Attorneys General
Utah Attorney General's Office
MARK BOSHELL (16002)
KENDALL G. LAWS (14700)
Special Assistant Attorneys General
SEAN D. REYES (7969)
UTAH ATTORNEY GENERAL
1594 West North Temple, Suite 300
Salt Lake City, UT 84116
kathydavis@agutah.gov
rfairbanks@agutah.gov
mboshell@utah.gov
klaws@utah.gov
*Attorneys for Plaintiffs*

IN THE UNITED STATES JUDICIAL DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| STATE OF UTAH, et. al.,<br><br>Plaintiffs,<br><br>v.<br><br>HAALAND, et. al.,<br><br>Defendants,<br><br>and<br><br>SUWA,<br><br>Intervenor-Defendant. | **[PROPOSED] ORDER GRANTING LEAVE TO AMEND COMPLAINT**<br><br>Case No. 2:24-cv-00172-TS-DAO<br><br>Judge Ted Stewart<br>Magistrate Judge Daphne A. Oberg |

Plaintiffs, State of Utah, *et al.,* have filed a Motion for Leave to File an Amended Complaint. The proposed amended complaint has also been filed with the Court as an attachment to the motion. Having considered the motion, and for good cause shown, the Court grants the motion.

1

DATED: this _____ day of _____, 2024.

                                                  BY THE COURT

                                                  _____
                                                  District Judge Ted Stewart
                                                  Magistrate Judge Daphne A Oberg