KATHY A.F. DAVIS (4022)
ROGER R. FAIRBANKS (3792)
KAITLIN DAVIS (15831)
Assistant Attorneys General
Utah Attorney General's Office
MARK BOSHELL (16002)
KENDALL G. LAWS (14700)
Special Assistant Attorneys General
SEAN D. REYES (7969)
UTAH ATTORNEY GENERAL
1594 West North Temple, Suite 300
Salt Lake City, UT 84116
kathydavis@agutah.gov
rfairbanks@agutah.gov
mboshell@utah.gov
klaws@utah.gov
*Attorneys for Plaintiffs*

IN THE UNITED STATES JUDICIAL DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| STATE OF UTAH, et. al., <br><br> Plaintiffs, <br><br> v. <br><br> HAALAND, et. al., <br><br> Defendants, <br><br> and <br><br> SUWA, <br><br> Intervenor-Defendant. | **[PROPOSED] AMENDED SCHEDULING ORDER** <br><br> Case No. 2:24-cv-00172-TS-DAO <br><br> Judge Ted Stewart <br> Magistrate Judge Daphne A. Oberg |

Pursuant to Rule 7-4(c) of the Local Rules of Civil Practice of the United States District Court for the District of Utah, Plaintiffs, State of Utah, *et. al.,* have filed an Unopposed Motion to Amend the Scheduling Order. The Court previously issued a Scheduling Order on May 30, 2024.

1

Plaintiffs, State of Utah, *et al.,* have filed a Motion for Leave to file an Amended Complaint. They seek to modify the Scheduling Order to allow time for any briefing on the motion and responses to the Proposed Amended Complaint. Having considered the motion, and for good cause shown, the Court grants the motion.

I.   **Filing Dates of Relevant Pleadings**

The Court hereby vacates the previous Scheduling Order Under DUCivR 7-4 and enters the following dates for the filing of further pleadings.

    a.    Plaintiffs' Opening Brief: January 17, 2024.

    b.    Federal Defendants' Response Brief: February 21, 2025.

    c.    Intervenor-Defendant's Response Brief: March 7, 2025.

    d.    Plaintiffs Reply Brief: April 4, 2025.

DATED: this _____ day of _____, 2024.

BY THE COURT

_____
District Judge Ted Stewart
Magistrate Judge Daphne A. Oberg