UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| STATE OF UTAH, including the UTAH SCHOOL AND INSTITUTIONAL TRUST LANDS ADMINISTRATION (SITLA), an agency of the State of Utah; and EMERY COUNTY, a Utah political subdivision,<br><br>   Plaintiffs,<br>v.<br><br>DEB HAALAND, in her official capacity as Secretary of the Interior; DEPARTMENT OF THE INTERIOR, an agency of the United States of America; TRACY STONE-MANNING, in her official capacity as Director of the Bureau of Land Management; and BUREAU OF LAND MANAGEMENT, an agency of the United States of America,<br><br>   Defendants,<br>and<br><br>SOUTHERN UTAH WILDERNESS ALLIANCE,<br><br>   Intervenor-Defendant. | **AMENDED SCHEDULING ORDER**<br><br><br>Case No. 2:24-cv-00172<br><br>District Judge Ted Stewart<br><br>Magistrate Judge Daphne A. Oberg |

  Plaintiffs have filed an unopposed motion to amend the scheduling order.[1] For good cause, the motion is GRANTED and case deadlines are amended as follows. All deadlines not set forth herein remain unchanged.

  a. Plaintiffs' Opening Brief: **January 17, 2025**

---

[1] (Doc. No. 32.)

1

    b.  Federal Defendants' Response Brief: **February 21, 2025**

    c.  Intervenor-Defendant's Response Brief: **March 7, 2025**

    d.  Plaintiffs' Reply Brief: **April 4, 2025**

DATED this 26th day of September, 2024.

BY THE COURT:

_____
Daphne A. Oberg
United States Magistrate Judge