UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| STATE OF UTAH, et. al., <br><br> Plaintiffs, <br><br> v. <br><br> HAALAND, et. al., <br><br> Defendants, <br><br> and <br><br> SUWA, <br><br> Intervenor-Defendant. | **ORDER GRANTING LEAVE TO AMEND COMPLAINT** <br><br> Case No. 2:24-cv-00172-TS-DAO <br><br> Judge Ted Stewart <br> Magistrate Judge Daphne A. Oberg |

Plaintiffs, State of Utah, *et al.,* have filed a Motion for Leave to File an Amended Complaint. The proposed amended complaint has also been filed with the Court as an attachment to the motion. Having considered the motion, and for good cause shown, the Court grants the motion.

DATED: this 27th day of September, 2024.

BY THE COURT

_____
District Judge Ted Stewart
Magistrate Judge Daphne A Oberg