TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

ERIK VAN DE STOUWE
Trial Attorney, Colorado Bar No. 57192
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044-7611
202-305-0247
Erik.Van.de.Stouwe@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **STATE OF UTAH, ET AL.,** <br><br> Plaintiffs, <br><br> vs. <br><br> **DEB HAALAND,** <br> in her official capacity as Secretary of the United States Department of the Interior, <br><br> **THE UNITED STATES DEPARTMENT OF THE INTERIOR,** <br><br> **TRACY STONE-MANNING,** <br> in her official capacity as Director of the Bureau of Land Management, <br><br> **BUREAU OF LAND MANAGEMENT,** <br><br> Defendants. | No.: 2:24-cv-00172-DAO <br><br> **DEFENDANTS' STATEMENT OF POSITION DENYING ARBITRARY AND CAPRICIOUS ACTION** |

Under DUCivR 7-4(b)(2)(B), Deb Haaland, the Secretary of the Interior, the United States Department of the Interior, Tracy Stone-Manning, Director of the Bureau of Land Management, and the United States Bureau of Land Management, (collectively, "Defendants") respond to Plaintiffs' Amended Complaint (ECF No. 35). Therein, Plaintiffs challenge the Bureau of Land Management's October 22, 2022 Decision Record on the San Rafael Desert Travel Management Plan: Reconsideration of Routes as Required by the 2022 Settlement Agreement. Defendants deny that the aforementioned decision is arbitrary, capricious, or otherwise contrary to law. Consequently, Defendants deny that Plaintiffs have stated a claim for relief or that Plaintiffs are entitled to any relief whatsoever.

Defendants present the following affirmative defenses:

1. Plaintiffs fail to state a claim upon which relief may be granted.

2. Plaintiffs lack standing to bring some or all of their claims.

3. Plaintiffs have failed to properly establish subject matter jurisdiction.

4. Plaintiffs have failed to demonstrate that some or all of their claims are ripe for judicial review.

5. Plaintiffs bring their claim in an improper venue.

6. Plaintiffs' claims are barred by sovereign immunity.

DATED this 17th day of October, 2024.

Respectfully submitted,

TODD KIM
Assistant Attorney General

*/s/Erik Van de Stouwe*
Erik Van de Stouwe
Environment and Natural Resources

Division, Natural Resources Section
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044-7611
Phone: (202) 305-0247
Erik.Van.de.Stouwe@usdoj.gov

Attorney of Record for Defendant

## **Certificate of Service**

  On October 17, 2024, I submitted the foregoing Notice of Appearance with the clerk of court for the U.S. District Court, District of Utah, using the CM/ECF electronic case filing system. I hereby certify that I have served all parties electronically as authorized by FED R. CIV. P. 5(b)(2)(E).

<i>/s/ Erik Van de Stouwe</i>