LISA LYNNE RUSSELL, Deputy Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

PAUL A. TURCKE, Trial Attorney
Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
Tel: (202) 532-5994
paul.turcke@usdoj.gov

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| STATE OF UTAH, et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>DOUG BURGUM, in his official capacity as Secretary of the Interior, et al.,[1]<br><br>   Defendants. | Case No. 2:24-cv-00172-TS-DAO<br><br><br>**NOTICE OF APPEARANCE**<br><br><br><br>District Judge Ted Stewart<br>Magistrate Judge Daphne A. Oberg |

      Please enter the appearance of Paul A. Turcke as co-counsel of record, alongside Mr. Van de Stouwe, on behalf of Defendants in the above-captioned case. Service of all papers by U.S. Mail as well as express and hand deliveries to Mr. Turcke should be addressed as follows:

> United States Department of Justice
> Environment and Natural Resources Division
> Natural Resources Section
> 1290 West Myrtle Street, Suite 500
> Boise, ID 83702

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Doug Burgum, in his official capacity as Secretary of the Interior, is automatically substituted for Deb Haaland.

Mr. Turcke acknowledges the obligation and agrees to abide by the Utah Rules of Professional Conduct and Civility.

Respectfully submitted this 13th day of February 2025.

    LISA LYNNE RUSSELL
    Deputy Assistant Attorney General
    United States Department of Justice
    Environment & Natural Resources Division

    /s/ Paul A. Turcke
    PAUL A. TURCKE, Trial Attorney
    Natural Resources Section
    1290 West Myrtle Street, Suite 500
    Boise, ID 83702
    Tel: (202) 532-5994
    paul.turcke@usdoj.gov

    *Attorneys for Defendants*