LISA LYNNE RUSSELL, Deputy Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

PAUL A. TURCKE, Trial Attorney
Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
Tel: (202) 532-5994
paul.turcke@usdoj.gov

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| STATE OF UTAH, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>DOUG BURGUM, in his official capacity as Secretary of the Interior, et al.,[1]<br><br>  Defendants,<br><br> and<br><br>SOUTHERN UTAH WILDERNESS ALLIANCE,<br><br>  Intervenor-Defendant. | Case No. 2:24-cv-00172-TS-DAO<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME**<br><br><br>District Judge Ted Stewart<br>Magistrate Judge Daphne A. Oberg |

Defendants Doug Burgum, in his official capacity as Secretary of the Interior, et al., hereby respectfully move for a 21-day extension of time of the time under the current briefing

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Doug Burgum, in his official capacity as Secretary of the Interior, is automatically substituted for Deb Haaland.

schedule (Doc. No. 33) for filing their response brief. This extension is necessary because recently arriving officials in the Department of the Interior wish to evaluate and become better informed about the underlying agency actions before determining how to proceed in this litigation. The parties have conferred, and no party opposes this motion, provided that the interval for Intervenor-Defendant's response brief has been slightly lengthened to accommodate counsels' schedules. Defendants request an amended scheduling order that will establish the following deadlines:

    a.    Federal Defendants' Response Brief: **March 14, 2025**

    b.    Intervenor-Defendant's Response Brief: **April 4, 2025**

    c.    Plaintiffs' Reply Brief: **May 2, 2025**

A proposed order is submitted herewith.

Respectfully submitted this 14th day of February 2025.

                  LISA LYNNE RUSSELL
                  Deputy Assistant Attorney General
                  United States Department of Justice
                  Environment & Natural Resources Division

                  */s/ Paul A. Turcke*
                  PAUL A. TURCKE, Trial Attorney
                  Natural Resources Section
                  1290 West Myrtle Street, Suite 500
                  Boise, ID 83702
                  Tel: (202) 532-5994
                  paul.turcke@usdoj.gov

                  *Attorneys for Defendants*