UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| STATE OF UTAH, et al.,<br><br>　Plaintiffs,<br><br>v.<br><br>DOUG BURGUM, in his official capacity as Secretary of the Interior, et al.,<br><br>　Defendants,<br><br>　and<br><br>SOUTHERN UTAH WILDERNESS ALLIANCE,<br><br>　Intervenor-Defendant. | **AMENDED SCHEDULING ORDER**<br><br><br>Case No. 2:24-cv-00172-TS-DAO<br><br>District Judge Ted Stewart<br><br>Magistrate Judge Daphne A. Oberg |

Defendants have filed an unopposed motion to amend the scheduling order.[1]  For good cause, the motion is GRANTED and case deadlines are amended as follows.  All deadlines not set forth herein remain unchanged.

　　a.　　Federal Defendants' Response Brief: **March 14, 2025**

　　b.　　Intervenor-Defendant's Response Brief: **April 4, 2025**

　　c.　　Plaintiffs' Reply Brief: **May 2, 2025**

Dated this ___th day of February, 2025.

　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Daphne A. Oberg
　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] (Doc. No. 41).