UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| STATE OF UTAH, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DOUG BURGUM, in his official capacity as Secretary of the Interior, et al., <br><br> Defendants, <br><br> and <br><br> SOUTHERN UTAH WILDERNESS ALLIANCE, <br><br> Intervenor-Defendant. | **AMENDED SCHEDULING ORDER** <br><br><br> Case No. 2:24-cv-00172 <br><br> District Judge Ted Stewart <br><br> Magistrate Judge Daphne A. Oberg |

Defendants have filed an unopposed motion to amend the scheduling order.[1] For good cause, the motion is GRANTED and case deadlines are amended as follows. All deadlines not set forth herein remain unchanged.

    a.    Federal Defendants' Response Brief: **March 14, 2025**

    b.    Intervenor-Defendant's Response Brief: **April 4, 2025**

    c.    Plaintiffs' Reply Brief: **May 2, 2025**

Dated this 18th day of February, 2025.

                                                        BY THE COURT:

                                                        Daphne A. Oberg
                                                        United States Magistrate Judge

---

[1] (Doc. No. 41.)