ADAM R.F. GUSTAFSON, Acting Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

PAUL A. TURCKE, Trial Attorney
Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
Tel: (202) 532-5994
paul.turcke@usdoj.gov

*Attorneys for Defendants*

---

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| STATE OF UTAH, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DOUG BURGUM, in his official capacity as Secretary of the Interior, et al.,[1] <br><br> Defendants, <br><br> and <br><br> SOUTHERN UTAH WILDERNESS ALLIANCE, <br><br> Intervenor-Defendant. | Case No. 2:24-cv-00172-TS-DAO <br><br> **UNOPPOSED MOTION TO AMEND ADMINISTRATIVE APPEAL SCHEDULING ORDER** <br><br><br> District Judge Ted Stewart <br> Magistrate Judge Daphne A. Oberg |

Defendants Doug Burgum, in his official capacity as Secretary of the Interior, et al.,

hereby respectfully move for an additional 45-day extension of time under the current briefing

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Doug Burgum, in his official capacity as Secretary of the Interior, is automatically substituted for Deb Haaland.

schedule (Doc. No. 43) for filing their response brief. This extension is necessary because there have been personnel changes in the Department of the Interior, and newly arriving (or acting) leadership is still determining how to proceed in this litigation. In addition, both undersigned trial counsel and agency counsel for Defendants have been assigned to *BlueRibbon Coalition v. Bureau of Land Management*, Case No. 4:25-cv-00022-DN, in which the complaint was filed March 5, 2025, and a motion for preliminary injunction was filed on March 6, 2025. The parties have conferred – Plaintiffs do not oppose this motion and Intervenor-Defendant takes no position on this motion. Defendants request an amended scheduling order that will establish the following deadlines:

    a.    Federal Defendants' Response Brief: **April 29, 2025**

    b.    Intervenor-Defendant's Response Brief: **May 19, 2025**

    c.    Plaintiffs' Reply Brief: **June 16, 2025**

A proposed order is submitted herewith.

    Respectfully submitted this 10th day of March 2025.

>ADAM R.F. GUSTAFSON
>Acting Assistant Attorney General
>United States Department of Justice
>Environment & Natural Resources Division
>
> /s/ Paul A. Turcke
>PAUL A. TURCKE, Trial Attorney
>Natural Resources Section
>1290 West Myrtle Street, Suite 500
>Boise, ID 83702
>Tel: (202) 532-5994
>paul.turcke@usdoj.gov
>
>*Attorneys for Defendants*