UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| STATE OF UTAH, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>DOUG BURGUM, in his official capacity as Secretary of the Interior, et al.,<br><br>  Defendants,<br><br> and<br><br>SOUTHERN UTAH WILDERNESS ALLIANCE,<br><br>  Intervenor-Defendant. | **AMENDED SCHEDULING ORDER**<br><br><br>Case No. 2:24-cv-00172<br><br>District Judge Ted Stewart<br><br>Magistrate Judge Daphne A. Oberg |

Defendants have filed an unopposed motion to amend the scheduling order.[1] For good cause, the motion is GRANTED and case deadlines are amended as follows. All deadlines not set forth herein remain unchanged.

    a.    Federal Defendants' Response Brief: **April 29, 2025**

    b.    Intervenor-Defendant's Response Brief: **May 19, 2025**

    c.    Plaintiffs' Reply Brief: **June 16, 2025**

Dated this ___th day of March, 2025.

                              BY THE COURT:

                              _____
                              Daphne A. Oberg
                              United States Magistrate Judge

---

[1] (Doc. No. 44.)