# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| STATE OF UTAH, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DOUG BURGUM, in his official capacity as Secretary of the Interior, et al., <br><br> Defendants, <br><br> and <br><br> SOUTHERN UTAH WILDERNESS ALLIANCE, <br><br> Intervenor-Defendant. | Case No. 2:24-cv-00172-TS-DAO <br><br> **FOURTH AMENDED SCHEDULING ORDER** <br><br> District Judge Ted Stewart <br> Magistrate Judge Daphne A. Oberg |

Federal Defendants have filed an unopposed motion to amend the scheduling order.[1] For good cause, the motion is GRANTED, and case deadlines are amended as follows. All deadlines not set forth herein remain unchanged.

    a.    Federal Defendants' Response Brief: **July 28, 2025**

    b.    Intervenor-Defendant's Response Brief: **August 18, 2025**

    c.    Plaintiffs' Reply Brief: **September 15, 2025**

Dated this __ day of _____, 2025.

BY THE COURT:

_____

DAPHNE A. OBERG
United States Magistrate Judge

---

[1] Doc. No. 46