UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| STATE OF UTAH, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>DOUG BURGUM, in his official capacity as Secretary of the Interior, et al.,<br><br>  Defendants,<br><br> and<br><br>SOUTHERN UTAH WILDERNESS ALLIANCE,<br><br>  Intervenor-Defendant. | **FOURTH AMENDED SCHEDULING ORDER**<br><br>Case No. 2:24-cv-00172<br><br>District Judge Ted Stewart<br><br>Magistrate Judge Daphne A. Oberg |

The Federal Defendants[1] have filed an unopposed motion to amend the scheduling order.[2] For good cause, the motion is GRANTED and case deadlines are amended as follows. All deadlines not set forth herein remain unchanged.

    a.    Federal Defendants' Response Brief: **July 28, 2025**

    b.    Intervenor-Defendant's Response Brief: **August 18, 2025**

---

[1] As noted in the Federal Defendants' motion, Doug Burgum (in his official capacity as Secretary of the Interior) has substituted for Deb Haaland, and Jon Raby (in his official capacity as acting director of the Bureau of Land Management) has substituted for Tracy Stone-Manning. *See* Fed. R. Civ. P. 25(d) (providing that when a public officer who is a party in an official capacity ceases to hold office, the officer's successor is automatically substituted as a party).

[2] (Doc. No. 46.)

      c.      Plaintiffs' Reply Brief: **September 15, 2025**

Dated this 24th day of April, 2025.

BY THE COURT:

_Daphne A. Oberg_
Daphne A. Oberg
United States Magistrate Judge
