### UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH CENTRAL DIVISION

| | |
|---|---|
| STATE OF UTAH, et al., | **FIFTH AMENDED SCHEDULING ORDER** |
| Plaintiffs, | |
| v. | |
| DOUG BURGUM, in his official capacity as Secretary of the Interior, et al., | Case No. 2:24-cv-00172 |
| Defendants, | District Judge Ted Stewart |
| and | Magistrate Judge Daphne A. Oberg |
| SOUTHERN UTAH WILDERNESS ALLIANCE, | |
| Intervenor-Defendant. | |

The Federal Defendants have filed an unopposed motion to amend the scheduling order.[1]

For good cause, the motion is GRANTED, and case deadlines are amended as follows. All

deadlines not set forth herein remain unchanged.

    a.    Federal Defendants' Response Brief: **October 27, 2025**

    b.    Intervenor-Defendant's Response Brief: **November 17, 2025**

    c.    Plaintiffs' Reply Brief: **December 8, 2025**

Dated this _____ day of July, 2025.

BY THE COURT:

_____

DAPHNE A. OBERG
United States Magistrate Judge

---

[1] Doc. No. 46