UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| STATE OF UTAH, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DOUG BURGUM, in his official capacity as Secretary of the Interior, et al., <br><br> Defendants, <br><br> and <br><br> SOUTHERN UTAH WILDERNESS ALLIANCE, <br><br> Intervenor-Defendant. | **FIFTH AMENDED SCHEDULING ORDER** <br><br> Case No. 2:24-cv-00172 <br><br> District Judge Ted Stewart <br><br> Magistrate Judge Daphne A. Oberg |

The Federal Defendants have filed an unopposed motion to amend the scheduling order.[1] For good cause, the motion is GRANTED and case deadlines are amended as follows. All deadlines not set forth herein remain unchanged.

  a.   Federal Defendants' Response Brief: **October 27, 2025**

  b.   Intervenor-Defendant's Response Brief: **November 17, 2025**

  c.   Plaintiffs' Reply Brief: **December 8, 2025**

Dated this 29th day of July, 2025.

BY THE COURT:

*Daphne A. Oberg*
Daphne A. Oberg
United States Magistrate Judge

---

[1] (Doc. No. 49.)