ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

PAUL A. TURCKE
Trial Attorney
Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
Tel: (202) 532-5994
paul.turcke@usdoj.gov

ERIK VAN DE STOUWE, Trial Attorney
Natural Resources Section
P.O. Box 7611
Washington, DC 20044-7611
Tel.: (202) 305-0247
Erik.Van.de.Stouwe@usdoj.gov

*Attorneys for Defendants*

---

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| STATE OF UTAH, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DOUG BURGUM, in his official capacity as Secretary of the Interior, et al., <br><br> Defendants, <br><br> and <br><br> SOUTHERN UTAH WILDERNESS ALLIANCE, <br><br> Intervenor-Defendant. | Case No. 2:24-cv-00172-TS-DAO <br><br><br><br> **NOTICE OF WITHDRAWAL OF COUNSEL** <br><br><br><br><br> District Judge Ted Stewart <br> Magistrate Judge Daphne A. Oberg |

|   |   |
|---|---|
|   |   |

Pursuant to DUCivR 83-1.4(a)(1), the undersigned counsel, Erik Van de Stouwe, hereby withdraws his appearance from this case. Federal Defendants continue to be represented by Paul Turcke. Mr. Turcke is aware of and will comply with all pending deadlines.

Respectfully submitted this 3rd day of December 2025.

                ADAM R.F. GUSTAFSON
                Principal Deputy Assistant Attorney General
                United States Department of Justice
                Environment & Natural Resources Division

                s/ Erik Van de Stouwe
                ERIK VAN DE STOUWE, Trial Attorney
                Natural Resources Section
                P.O. Box 7611
                Washington, DC 20044-7611
                Tel.: (202) 305-0247
                Erik.Van.de.Stouwe@usdoj.gov

                PAUL A. TURCKE, Trial Attorney
                Natural Resources Section
                1290 West Myrtle Street, Suite 500
                Boise, ID 83702
                Tel: (202) 532-5994
                paul.turcke@usdoj.gov

*Attorneys for Defendants*