UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| STATE OF UTAH, et al.,<br><br>　Plaintiffs,<br><br>v.<br><br>DOUG BURGUM, in his official capacity as Secretary of the Interior, et al.,<br><br>　Defendants,<br><br>　and<br><br>SOUTHERN UTAH WILDERNESS ALLIANCE,<br><br>　Intervenor-Defendant. | **[PROPOSED]**<br>**ORDER GRANTING UNOPPOSED**<br>**MOTION TO STAY PROCEEDINGS**<br><br><br>Case No. 2:24-cv-00172<br><br>District Judge Ted Stewart<br><br>Magistrate Judge Daphne A. Oberg |

　　Defendants have filed an unopposed motion to stay proceedings.[1] For good cause, the motion is GRANTED. Defendants shall file a status report within five days of the issuance of any announcement or decision regarding a route reassessment process for the 2022 San Rafael Desert Travel Management Plan Decision Record, or within 60 days of the date of this order, whichever occurs first.

　　Dated this ___th day of December, 2025.

　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Daphne A. Oberg
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] (Doc. No. 54.)