ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

PAUL A. TURCKE
Trial Attorney
Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
Tel: (202) 532-5994
paul.turcke@usdoj.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| STATE OF UTAH, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>DOUG BURGUM, in his official capacity as Secretary of the Interior, et al.,<br><br>    Defendants,<br><br> and<br><br>SOUTHERN UTAH WILDERNESS ALLIANCE,<br><br>    Intervenor-Defendant. | Case No. 2:24-cv-00172-TS-DAO<br><br>**DEFENDANTS' STATUS REPORT**<br><br>District Judge Ted Stewart<br>Magistrate Judge Daphne A. Oberg |

This case challenges the U.S. Bureau of Land Management ("BLM") October 2022 Decision Record ("DR") on the San Rafael Desert Travel Management Plan: Reconsideration of Routes as Required by the 2022 Settlement Agreement. *See* Defs.' Statement of Position 2, Dkt.

37. The Court previously granted a stay of proceedings, based on the anticipation of a new BLM decision concerning route designations covered by the TMP. *See* Text Order (granting Unopposed Mot. to Stay), Dkt. 55.

BLM continues to anticipate it will engage in reassessment of route designations and continues to anticipate issuing a new decision concerning the TMP. Based on the foregoing, and the continuation of the circumstances indicated in Defendants' prior motion for stay, Defendants propose to file a further status report within five days of the issuance of a decision in the TMP route reassessment process, or within 60 days of filing this status report, whichever occurs first.

Respectfully submitted this 3rd day of February 2026.

>ADAM R.F. GUSTAFSON
>Principal Deputy Assistant Attorney General
>United States Department of Justice
>Environment & Natural Resources Division
>
> /s/ Paul A. Turcke
>PAUL A. TURCKE, Trial Attorney
>Natural Resources Section
>1290 West Myrtle Street, Suite 500
>Boise, ID 83702
>Tel: (202) 532-5994
>paul.turcke@usdoj.gov
>
>*Attorneys for Defendants*