ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

PAUL A. TURCKE
Trial Attorney
Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
Tel: (202) 532-5994
paul.turcke@usdoj.gov

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| STATE OF UTAH, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DOUG BURGUM, in his official capacity as Secretary of the Interior, et al., <br><br> Defendants, <br><br> and <br><br> SOUTHERN UTAH WILDERNESS ALLIANCE, <br><br> Intervenor-Defendant. | Case No. 2:24-cv-00172-TS-DAO <br><br><br><br> **DEFENDANTS' SECOND STATUS REPORT** <br><br><br><br><br><br> District Judge Ted Stewart <br> Magistrate Judge Daphne A. Oberg |

This case challenges the U.S. Bureau of Land Management ("BLM") October 2022 Decision Record ("DR") on the San Rafael Desert Travel Management Plan ("TMP"): Reconsideration of Routes as Required by the 2022 Settlement Agreement.  *See* Defs.' Statement

of Position 2, Dkt. 37.  The Court previously granted (and extended) a stay of proceedings, based on the anticipation of a new BLM decision concerning route designations covered by the TMP. *See* Text Order, Dkt. 57.

BLM anticipates that its reassessment process will next result in a public announcement and opportunity for public comment, including on proposed route designations, which BLM will consider in continued anticipation of a new decision concerning the TMP.  Based on the foregoing, Defendants acknowledge their obligation to file a further status report within five days of the issuance of a decision in the TMP route reassessment process, or within 60 days of filing this status report, whichever occurs first.

Respectfully submitted this 6th day of April 2026.

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

 */s/ Paul A. Turcke*
PAUL A. TURCKE, Trial Attorney
Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
Tel: (202) 532-5994
paul.turcke@usdoj.gov

*Attorneys for Defendants*