ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

PAUL A. TURCKE
Trial Attorney
Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
Tel: (202) 532-5994
paul.turcke@usdoj.gov

*Attorneys for Defendants*

---

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| STATE OF UTAH, et al., | Case No. 2:24-cv-00172-TS-DAO |
|     Plaintiffs, | |
| v. | |
| DOUG BURGUM, in his official capacity as Secretary of the Interior, et al., | **JOINT STATUS REPORT** |
|     Defendants, | |
|   and | |
| SOUTHERN UTAH WILDERNESS ALLIANCE, | District Judge Ted Stewart |
| | Magistrate Judge Daphne A. Oberg |
|     Intervenor-Defendant. | |

This case challenges the U.S. Bureau of Land Management ("BLM") October 2022

Decision Record ("DR") on the San Rafael Desert Travel Management Plan ("TMP"):

Reconsideration of Routes as Required by the 2022 Settlement Agreement. *See* Defs.' Statement

of Position 2, Dkt. 37.  The Court previously granted (and extended) a stay of proceedings, based on the anticipation of a new BLM decision concerning route designations covered by the TMP. *See* Text Order, Dkt. 57.  Pursuant thereto, "the parties are ordered to file another status report within 5 days of any such decision or within 60 days, whichever is sooner." *Id*.  On April 6, 2026, Defendants filed a Second Status Report, Dkt. 58.

While it has not yet issued a decision, the parties believe it is appropriate to report that BLM has recently taken steps to formally initiate the TMP reassessment process.  On May 7, 2026, BLM published TMP "route reassessment" materials to its Eplanning website. *See* https://eplanning.blm.gov/Project-Home/?id=fb17979f-a7f2-f011-8407-001dd80c29f3 (last visited May 12, 2026).  More specifically, "BLM is reassessing whether certain routes currently designated as closed to off-highway vehicles should be changed as open to OHV use" through a process including a comment period that will end on June 8, 2026. *See* Public Announcement (available at https://www.blm.gov/announcement/blm-seeks-input-travel-routes-san-rafael-swell-and-desert-areas (last viewed May 12, 2026) (Ex. 1 hereto).  "If BLM concludes that any designations should change, the agency will issue [a] new decision[ ] amending the [TMP]." *Id*. A published list of "reassessment routes" includes 23 route segments totaling 19.82 miles that are proposed to be redesignated from "closed" to "open" for OHV use.  *See* Ex. 2 hereto.

The parties provide this status report as an update on a development in the route reassessment process.  The parties agree that this information does not otherwise require a change in the proceedings.  In accordance with the Order, Defendants will continue to provide a status report on June 5, 2026, or within 5 days of any further announcement or decision in the TMP reassessment process, whichever occurs first.

Respectfully submitted this 12th day of May 2026.

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

*/s/ Paul A. Turcke*
PAUL A. TURCKE, Trial Attorney
Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
Tel: (202) 532-5994
paul.turcke@usdoj.gov

*Attorneys for Defendants*