An official website of the United States government  Here's how you know



**U.S. DEPARTMENT OF THE INTERIOR**
**BUREAU OF LAND MANAGEMENT**

Home > Info > Announcements > BLM seeks input on travel routes in the San Rafael Swell and Desert areas

## < All Public Input & Actions

# BLM seeks input on travel routes in the San Rafael Swell and Desert areas

**Utah** | **Green River DO** | **Price FO**

**Media Contact**
BLM Utah External Affairs
blm_ut_external_affairs@blm.gov

**BLM Office:**
Price Field Office

May 7, 2026

**PRICE, Utah –** The Bureau of Land Management is seeking public comment on proposed changes to motorized vehicle route designations within the San Rafael Swell and Desert travel management area plans in central Utah. The BLM is reassessing whether certain routes currently designated as closed to off-highway vehicles (OHVs) should be changed to open or limited. The process will continue to be informed by agency specialists, cooperating agencies, and the public.

In the San Rafael Swell Travel Management Plan completed in 2024, the BLM designated about 1,355 miles of routes as open to OHV travel. The BLM also designated about 141 miles of routes as available for limited OHV use, and about 665

miles of routes as closed to OHVs. The BLM is considering opening/limiting approximately 226 miles in this area during the current reassessment.

In the San Rafael Desert Travel Management Plan, completed in 2020 and amended in 2022, the BLM designated about 600 miles of routes as open to OHV travel, 47 miles of routes as limited OHV use, and 534 miles of routes as closed to OHVs. The BLM is considering opening/limiting approximately 20 miles in this area during the current reassessment.

All current route designations for both plans will remain in effect during the reassessment process. If BLM concludes that any designations should change, the agency will issue new decisions amending the plans. Online area maps    show routes the BLM is considering for redesignation.

Additional information is available at the San Rafael Swell TMP and the San Rafael Desert TMP project pages, where comments may be submitted through the "Participate Now" options (preferred). Comments may also be delivered to: San Rafael TMP, 125 S 600 W, Price, UT 84501. Please include specific route numbers and/or Segment IDs in comments when possible. The comment period will close June 8, 2026. For more information, please contact BLM Outdoor Recreation Planner Jaydon Mead at jmead@blm.gov or 435-636-3646.

*The BLM manages about 245 million acres of public land located primarily in 12 western states, including Alaska, on behalf of the American people. The BLM also administers 700 million acres of sub-surface mineral estate throughout the nation. Our mission is to sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations.*