## San Rafael Desert TMP 2026 Reassessment Routes

| Routes ID | Length (mi) | 2020 Decision | 2022 Decision | Proposed Designation 2026 |
|---|---|---|---|---|
| SD020 | 0.52 | OHV Open | OHV Closed | Open |
| SD1029 | 2.27 | OHV Open | OHV Closed | Open |
| SD371_Seg2 | 1.68 | OHV Open | OHV Closed | Open |
| SD709 | 0.14 | OHV Open | OHV Closed | Open |
| SD711 | 0.22 | OHV Open | OHV Closed | Open |
| SD715_Seg2 | 0.28 | OHV Open | OHV Closed | Open |
| SD720 | 1.23 | OHV Open | OHV Closed | Open |
| SD781 | 1.19 | OHV Open | OHV Closed | Open |
| SD956 | 0.26 | OHV Open | OHV Closed | Open |
| SD764a | 0.06 | OHV Open | OHV Closed | Open |
| SD1349_Seg2 | 0.40 | OHV Open | OHV Closed | Open |
| SD670_Seg2 | 0.09 | OHV Open | OHV Closed | Open |
| SD710_Seg2 | 0.02 | OHV Open | OHV Closed | Open |
| SD774_Seg2 | 0.18 | OHV Open | OHV Closed | Open |
| SD1034 | 1.95 | OHV Closed | N/A | Open |
| SD336b | 0.62 | OHV Closed | N/A | Open |
| SD336a | 0.46 | OHV Open | OHV Closed | Open |
| SD319 | 0.28 | OHV Open | OHV Closed | Open |
| SD128 | 0.26 | OHV Open | OHV Closed | Open |
| SD219_Seg2 | 1.30 | OHV Open | OHV Closed | Open |
| SD083 | 6.18 | OHV Closed | N/A | Open |
| SD703 | 0.06 | OHV Open | OHV Closed | Open |
| SD685b | 0.16 | OHV Open | OHV Closed | Open |

| Total Miles | 19.82 |
|---|---|