ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Energy & Natural Resources Division

PAUL A. TURCKE
Trial Attorney
Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
Tel: (202) 532-5994
paul.turcke@usdoj.gov

*Attorneys for Defendants*

---

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| STATE OF UTAH, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DOUG BURGUM, in his official capacity as Secretary of the Interior, et al.,<br><br>Defendants,<br><br>and<br><br>SOUTHERN UTAH WILDERNESS ALLIANCE,<br><br>Intervenor-Defendant. | Case No. 2:24-cv-00172-TS-DAO<br><br>**STATUS REPORT**<br><br>District Judge Ted Stewart<br>Magistrate Judge Daphne A. Oberg |

This case challenges the U.S. Bureau of Land Management ("BLM") October 2022 Decision Record ("DR") on the San Rafael Desert Travel Management Plan ("TMP"): Reconsideration of Routes as Required by the 2022 Settlement Agreement. *See* Defs.' Statement

of Position 2, Dkt. 37. The Court previously granted (and extended) a stay of proceedings, based on the anticipation of a new BLM decision concerning route designations covered by the TMP, subject to providing periodic status reports. *See* Text Order, Dkt. 57.

As previously reported, BLM has initiated the TMP route reassessment process. *See* Joint Status Report 2, Dkt. 59. The deadline for submission of public comment in that process was June 8, 2026, and BLM is evaluating comments submitted and otherwise continues to be in the process of completing its reassessment of route designations.

In accordance with the process established by the Order, Defendants will continue to provide a status report within 60 days, or within 5 days of any further announcement or decision in the TMP reassessment process, whichever occurs first.

Respectfully submitted this 2nd day of October 2026.

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Energy & Natural Resources Division

*/s/ Paul A. Turcke*
PAUL A. TURCKE, Trial Attorney
Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
Tel: (202) 532-5994
paul.turcke@usdoj.gov

*Attorneys for Defendants*